**Order entered June 16, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00346-CV
### No. 05-21-00426-CV

### IN RE REGINALD DONELL RICE, Relator

### Original Proceeding from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F14-76788-R & F14-76789-R

### ORDER

Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/ CORY L. CARLYLE
JUSTICE